AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JAIME LUEVANO,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-cv-00503-ECR-RAM**

HARRY REID, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

  August 16, 2010                               **LANCE S. WILSON**
                                                                    Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                      Deputy Clerk